Mark Kisicki, SBN 016593
L. Eric Dowell, SBN 011458
Ogletree, Deakins, Nash, Smoak
& Stewart, P.C., SBN 00504800
2415 East Camelback Road, Suite 800
Phoenix, Arizona 85016
Telephone: (602) 778-3700
Fax: (602) 778-3750
Mark.Kisicki@Ogletreedeakins.com
Eric.Dowell@Ogletreedeakins.com
Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Susan L. Brallier,<br><br>    Plaintiff,<br><br>vs.<br><br>NextCare, Inc.,<br><br>    Defendant, | No. CV-12-02570-PHX-SPL<br><br>**NOTICE OF SETTLEMENT** |

Defendant NextCare, Inc., pursuant to LRCiv 40.2(d), hereby notifies the Court that the parties have settled this matter. An appropriate stipulation for dismissal is expected to be filed following the completion of the settlement process and documents.

DATED this 9th day of January, 2014.

                        OGLETREE, DEAKINS, NASH,
                        SMOAK & STEWART, P.C.

                        By:  s/L. Eric Dowell
                            Mark Kisicki
                            L. Eric Dowell
                            2415 East Camelback Road, Suite 800
                            Phoenix, Arizona  85016
                            Attorneys for Defendant

Ogletree, Deakins, Nash,
Smoak & Stewart, P.C.
2415 East Camelback Road, Suite 800
Phoenix, Arizona 85016
(602) 364-7000

## CERTIFICATE OF SERVICE

I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants on the 9th day of January, 2014:

W. Blake Simms
The Law Office of W. Blake Simms
700 E. Baseline Road, Building B
Tempe, AZ 85283
bsimms@wbsimmslaw.com

Attorneys for Plaintiff

s/G. S. Ready, PLS

16827195.1

*Ogletree, Deakins, Nash, Smoak & Stewart, P.C.*
*2415 East Camelback road, Suite 800*
*Phoenix, Arizona 85016*
*(602) 364-7000*